# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **CARLOS ROBERTO GARCIA ODON,** | Case No. 2:26-cv-88 |
| Petitioner, | Judge James L. Graham |
| vs. | Magistrate Judge Chelsey M. Vascura |
| **PAMELA BONDI, et al.,** | |
| Respondent. | |

### ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Carlos Roberto Garcia Odon, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 5, 2026**.

**IT IS SO ORDERED.**

January 28, 2026

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge