# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CARLOS ROBERTO GARCIA ODON,** | : | Case No. 2:26-cv-88 |
| | : | |
| Petitioner, | : | Judge James L. Graham |
| | : | |
| vs. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| **PAMELA BONDI, et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 7). They have now done so. (Doc. 9). Based on that joint proposal, the Court **SETS** the following case schedule:

- Federal Respondents' Return of Writ Due:    February 13, 2026
- Petitioner's Reply Due:    February 20, 2026

In addition, any response to Respondent Sheriff's Motion to Dismiss (Doc. 6) is due February 13, 2026; and any reply is due February 20, 2026.

**IT IS SO ORDERED.**


February 6, 2026

*/s/Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge