AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Southern    District of    Ohio

Carlos Roberto Garcia Odon
*Plaintiff*

v.

Todd Blanche, Acting Attorney General, United States
Department of Justice, et al.,
*Defendant*

)
)
)
)
)

Civil Action No.    2:26-cv-00088

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:    This case is dismissed. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:    05/11/2026

*CLERK OF COURT*

s/Denise M. Shane
_____
*Signature of Clerk or Deputy Clerk*